**Order entered November 19, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01391-CV

### IN RE ALEX PERRY NEAL, Relator

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-84128-2019**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/    LANA MYERS
        JUSTICE